## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION
JUDGE JOAN H. LEFKOW

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

           **Plaintiff,**

**v.**

**AMERICALL GROUP, INC.**

           **Defendant.**

04C 5554

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.

**C O M P L A I N T**
**JURY DEMAND**

DOCKETED
AUG 25 2004

FILED-EDA
04 AUG 24 AM 10: 20

### NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12101 et seq., and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of disability, and to provide appropriate relief to an applicant who was adversely affected by such practices. As alleged with greater particularity below, Defendant Americall Group, Inc. ("Defendant") refused to extend an offer of employment to an applicant, a qualified individual with a disability, blindness, because of her disability.

### JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964 ("Title VII"), 42 U.S.C. § 2000e-5(f)(1) and (3), and pursuant to Section 102 of the Civil Rights Act of 1991, 42

U.S.C. § 1981a.

2.     The employment practices alleged to be unlawful were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois, Eastern Division.

**PARTIES**

3.     Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4.     Defendant, Americall Group, is incorporated in the State of Delaware. At all relevant times, Defendant has continuously been doing business in the State of Illinois and the Village of Lansing, and has continuously had at least fifteen (15) employees.

5.     At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.     At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

## STATEMENT OF CLAIMS

7.      More than thirty days prior to the institution of this lawsuit, the applicant filed a charge with the Commission alleging violations of Title I of the ADA by Defendant. All conditions precedent to the institution of this lawsuit have been fulfilled.

8.      Since at least December 17, 2002, Defendant has engaged in unlawful employment practices in violation of Section 102(a) and 102(b)(5) of Title I of the ADA, 42 U.S.C. §§ 12112(a). Such practices include, but are not limited to: failing to extend an offer of employment to the applicant because of her disability.

9.      The effect of the practices complained of in paragraph 8 above has been to deprive the applicant of equal employment opportunities and otherwise adversely affect her status as an employee because of her disability.

10.      The unlawful employment practices complained of in paragraphs 8 and 9 above were intentional.

11.      The unlawful employment practices complained of in paragraphs 8 and 9 above were done with malice or with reckless indifference to the federally protected rights of the applicant.

## PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully prays that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, successors, assigns, and all persons in active concert or participation with it, from engaging in any employment practice which discriminates on the basis of disability.

B.      Order Defendant to institute and carry out policies, practices, and programs which

3

provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.     Order Defendant to make whole the applicant, by providing appropriate backpay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.     Order Defendant to make whole The applicant by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 8 and 9 above, including job search and medical expenses, in amounts to be determined at trial.

E.     Order Defendant to make whole The applicant by providing compensation for past and future nonpecuniary losses resulting from the unlawful practices complained of in paragraphs 8 and 9 above, including pain, suffering, emotional distress, injury to his professional reputation, inconvenience, and mental anguish, in amounts to be determined at trial.

F.     Order Defendant to pay The applicant punitive damages for its malicious and reckless conduct, as described in paragraphs 8 and 9, in amounts to be determined at trial.

G.     Grant such further relief as the Court deems necessary and proper in the public interest.

H.     Award the Commission its costs of this action.

4

## JURY TRIAL DEMANDED

The Commission requests a jury trial on all questions of fact raised by the Complaint.

Respectfully submitted,

ERIC S. DREIBAND
General Counsel
JAMES LEE
Deputy General Counsel
GWENDOLYN YOUNG REAMS
Associate General Counsel
EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
1801 L Street, N.W.
Washington, D.C. 20507

John G. Hendrickson
Regional Attorney

Gregory Gochanour
Supervisory Trial Attorney

Richard J. Mrizek
Trial Attorney

EQUAL EMPLOYMENT OPPORTUNITY
 COMMISSION
Chicago District Office
500 West Madison Street
Suite 2800
Chicago, Illinois 60661
(312) 886-9078

5

JUDGE JOAN H. LEFKOW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

MAGISTRATE JUDGE GERALDINE SOAT BROWN

# Civil Cover Sheet 04C 5554

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff(s): U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

**Defendant(s):Americall Group, Inc.**

County of Residence:

County of Residence:

Plaintiff's Atty:     Richard J. Mrizek
Equal Employment Opportunity
Commission
500 W. Madison, Suite 2800
Chicago, IL 60661
312-886-9078

Defendant's Atty:
Kathryn E. Korn
Law Offices of Kathryn E.
Korn
8501 W. Higgins, Suite 440,
Chicago, IL 60631

II. Basis of Jurisdiction:     **1. U.S. Gov't Plaintiff**

III. Citizenship of Principal
Parties (Diversity Cases Only)
          Plaintiff:- **N/A**
          Defendant:- **N/A**

DOCKETED
AUG 25 2004

U.S. DISTRICT COURT CLERK
04 AUG 24 AM 10: 20
FILED-EDA

IV. Origin :     **1. Original Proceeding**

V. Nature of Suit:     **442 Employment**

VI.Cause of Action:     **Title I of the Americans with Disabilities Act of 1990 (the "ADA"), 42 U.S.C. § 12101 et seq., and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, to correct unlawful employment practices on the basis of disability,**

VII. Requested in Complaint
          Class Action:
          Dollar Demand:
          Jury Demand: **Yes**

VIII. This case **IS NOT** a refiling of a previously dismissed case.

Signature: _____

Date: _____8/24/04_____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**                Revised: 06/28/00

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

JUDGE JOAN H. LEFKOW

EASTERN DIVISION

In the Matter of

U.S. Equal Employment Opportunity Commission
v.
Americall Group, Inc.

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

Case Number:

04C 5554

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| (A) | (B) |
|---|---|
| SIGNATURE | SIGNATURE |
| NAME Richard J. Mrizek | NAME Gregory M. Gochanour |
| FIRM Equal Employment Opportunity Commission | FIRM Equal Employment Opportunity Commission |
| STREET ADDRESS 500 West Madison, Suite 2800 | STREET ADDRESS 500 West Madison, Suite 2800 |
| CITY/STATE/ZIP Chicago, IL 60661 | CITY/STATE/ZIP Chicago, IL 60661 |
| TELEPHONE NUMBER 312-886-9078  FAX NUMBER 312-353-8555 | TELEPHONE NUMBER 312-886-9124  FAX NUMBER 312-353-8555 |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER ARDC No. 06237730 | IDENTIFICATION NUMBER ARDC No. 06210804 |
| MEMBER OF TRIAL BAR? YES ☐ NO ☑ | MEMBER OF TRIAL BAR? YES ☑ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☑ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME John C. Hendrickson | NAME |
| FIRM Equal Employment Opportunity Commission | FIRM |
| STREET ADDRESS 500 West Madison, Suite 2800 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, IL 60661 | CITY/STATE/ZIP |
| TELEPHONE NUMBER 312-353-8551  FAX NUMBER 312-353-8555 | TELEPHONE NUMBER  FAX NUMBER |
| E-MAIL ADDRESS | E-MAIL ADDRESS |
| IDENTIFICATION NUMBER ARDC No. 01187589 | IDENTIFICATION NUMBER |
| MEMBER OF TRIAL BAR? YES ☑ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☑ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |